IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DIA ARMON WALTON,             )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:19cv713-MHT
                              )            (WO)
CORIZON, et al.,              )
                              )
     Defendants.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 29) is adopted to the extent set forth in the opinion.

(2) Defendants' motion for summary judgment (Doc. 17) is granted to the extent plaintiff's claims were brought under 42 U.S.C. § 1983.

(3) To the extent plaintiff's claims were brought under state law, the court declines to exercise jurisdiction over them under 28 U.S.C. § 1367(c)(3),

and they are dismissed without prejudice to allow filing in state court.

(4) Judgment is entered in favor of defendants and against plaintiff to the extent plaintiff's claim were brought under 42 U.S.C. § 1983, with plaintiff taking nothing by his complaint on said claims.

It is further ORDERED that costs are taxed against plaintiff as to his § 1983 claim only, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of July, 2022.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE